**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Richard Allen ADDERSON,**
**Defendant–Appellant.**

**No. 06–14843**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 14, 2007.

Lennard B. Register, III, Edwin F. Knight, U.S. Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Richard A. Grossman, appointed counsel for Richard Allen Adderson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Adderson's conviction and sentence are **AFFIRMED.**